UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE SHAPIRO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> -v- <br><br> TG THERAPEUTICS, INC., MICHAEL S. WEISS, and SEAN A. POWER, <br><br> Defendants. | 22-cv-6106 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

Now before the Court are the motions of plaintiffs Frank Lupacchino and Boston Retirement System to be appointed as Lead Plaintiff in the above-captioned matter pursuant to 15 U.S.C. § 78u-4(a)(1).[1] Upon due consideration, the Court hereby denies Mr. Lupacchino's motion and grants that of Boston Retirement System. Thus, Boston Retirement System is hereby appointed as Lead Plaintiff, and its choice of Lead Counsel, Labaton Sucharow LLP, is hereby approved as well. The Court will issue an opinion setting forth the reasons for this ruling by no later than October 31, 2022. Meanwhile, however, now-appointed Lead Counsel and counsel for the defendants should jointly call the Court, by no later than

---

[1] Initially, three other plaintiffs also moved for appointment as Lead Plaintiff, but they subsequently withdrew their motions. See ECF Nos. 29, 31, and 32.

1

October 13, 2022, to set a schedule for defendants' anticipated motion to dismiss.

The Clerk of the Court is respectfully directed to close document numbers 7, 12, 16, 20, and 23 on the docket of this case.

SO ORDERED.

Dated:     New York, NY

           October 10, 2022          JED S. RAKOFF, U.S.D.J.