UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>TG THERAPEUTICS, INC., MICHAEL S. WEISS, and SEAN A. POWER,<br><br>      Defendants. | 22-cv-6106 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    On November 11, 2022, defendants TG Therapeutics, Inc., Michael S. Weiss, and Sean A. Power moved to dismiss the First Amended Complaint for failure to state a claim. See ECF No. 52. That motion is hereby granted. An opinion setting forth the reasons for this ruling will follow in due course, after which final judgment will be entered.

    The Clerk is respectfully directed to close entry number 52 on the docket.

    SO ORDERED.

Dated:   New York, NY

          January 13, 2023               _____
                                                         JED S. RAKOFF, U.S.D.J.