**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EUGENE SHAPIRO, individually and on
Behalf of All Others Similarly Situated,

                     Plaintiff,

      -against-                                     22 **CIVIL** 6106 (JSR)

## JUDGMENT

TG THERAPEUTICS, INC., MICHAEL S.
WEISS, SEAN A. POWER, and ADAM
WALDMAN,

                     Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 25, 2023, the First Amended Complaint fails to state a claim on which relief can be granted. Thus, the Court reaffirms its Order of January 13, 2023 and hereby dismisses the First Amended Complaint, without leave to amend; accordingly, the case is closed.

**Dated:**  New York, New York

      January 26, 2023

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                                **BY:**      *K. Mango*

                                                         **Deputy Clerk**