UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>TG THERAPEUTICS, INC., MICHAEL S. WEISS, SEAN A. POWER, and ADAM WALDMAN,<br><br>Defendants. | 22-cv-6106 (JSR)<br><br>ERRATUM |

JED S. RAKOFF, U.S.D.J.:

The Court hereby corrects the following error in the Opinion and Order signed January 25, 2023, ECF No. 61, in the above-captioned case: On page 15, line 15, the words "do support" are deleted and replaced with "do not support."

SO ORDERED.

Dated:   New York, NY

February _1_, 2023

JED S. RAKOFF, U.S.D.J.

1